```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JACOB VOGT,                                              :
                                                         :
                                   Plaintiff,            :
              -against-                                  :
                                                         :   24-CV-6904 (VEC)
PUBLICIS GROUPE, PUBLICIS USA                            :
PRODUCTION SOLUTIONS, INC., and BARTLE                   :   ORDER
BOGLE HEGARTY,                                           :
                                                         :
                                   Defendants.           :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 13, 2024, the Defendants filed a notice of removal of this action from the Supreme Court of the State of New York, County of New York, to the Southern District of New York with the consent of the co-defendants in the original action, *see* Dkt. 7;

WHEREAS the only pleading filed in the original action prior to removal consisted of a summons and notice pursuant to N.Y. C.P.L.R. 305(b);

WHEREAS "a summons with notice may serve as an initial pleading under" the removal statute, 28 U.S.C. § 1446(b)(1), *Whitaker v. Am. Telecasting, Inc.*, 261 F.3d 196, 205 (2d Cir. 2001); and

WHEREAS following removal to federal court, "repleading is unnecessary unless the court orders it," Fed. R. Civ. P. 81(c)(2);

IT IS HEREBY ORDERED that by not later than **Tuesday, October 15, 2024**, Plaintiff must file a complaint in this action that complies with the pleading requirements of the Federal Rules of Civil Procedure.

**SO ORDERED.**

**Date: October 1, 2024**
**New York, New York**

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**