UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VOGT,

                                         Plaintiff,                        **24 Civ. No. 6904 (VEC)**

         -against-                                     **PRE-SETTLEMENT CONFERENCE ORDER**

PUBLICIS GROUPE, *et al.*,

                                      Defendants.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, May 28, 2025 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 901 016 473#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conferenc.

      **SO ORDERED.**

DATED:    New York, New York
                May 20, 2025

                                                                _____
                                                                The Honorable Gary Stein
                                                                 United States Magistrate Judge